**DISTRICT COURT OF MARYLAND FOR**
LOCATED AT (COURT ADDRESS)

COPY

CASE NO.

CV

**PARTIES**

Plaintiff
Kukia R. Farrish
5026 Silver Hill Ct. #T2
District Heights, MD 20747

VS.

Defendant(s):
Navy Federal Credit Union
820 Follin Lane, Vienna, VA 22180

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

RECEIVED
APR - 8 '16
DIST. CT. 5221 (LAW)

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

---

**COMPLAINT, APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort
☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Credit card (Cash Rewards Card) payments weren't applied properly - excessive interest
Broken FDCPA laws on collection calls (TCPA) harassing me
False credit report reported
Financial theft
ATM deposit wasn't properly inputted lost of $300 for Clinton branch
Threathened to close my account and they did. They caused me pain and suffering and embarassment

(See Continuation Sheet)

The Plaintiff claims $ 30,000 , plus interest of $_____.
Interest at the ☐ legal rate ☐ contractual rate calculated at _____ %, from _____ to _____ (_____ days x $_____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

_Kukia Farrish_
Signature of Plaintiff/Attorney/Attorney Code

Printed Name: Kukia R. Farrish
Address: 5026 Silver Hill Ct. #T2 District Heights, MD 20747
Telephone Number: (202) 731-5165
Fax:
E-mail: msprettyl025@yahoo.com

**MILITARY SERVICE AFFIDAVIT**

Defendant(s) _____ Name _____ is/are in the military service.
No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

4/8/16
Date

_Kukia Farrish_
Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

4/8/16
Date

_Kukia Farrish_
Signature of Affiant

DC-CV-001 (front) (Rev. 09/2014)      Print Date (4/2015)